# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
# EASTERN DIVISION

**JUDY BOUNDS**                                                                 **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 4:09cv23 TSL-LRA**

**AETNA LIFE INSURANCE COMPANY**                             **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Judy Bounds, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendant joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 24th day of September, 2009.

                                                             /s/Tom S. Lee
                                                             **UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:


  s/ John H. Downey
John H. Downey (MSB # 6178)
Attorney for Plaintiff


  s/ Kevin A. Rogers
Kevin A. Rogers (MSB# 101230)
Attorney for Defendant

Bounds - Agreed Judgment of Dismissal_v1.WPD